IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04 CV 234-MU

| | | |
|---|---|---|
| BURTON A. GELLMAN and THE GELLMAN CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | **PROPOSED ORDER AMENDING** |
| v. | ) ) | **PRETRIAL ORDER AND CASE MANAGEMENT PLAN** |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER comes before the Court on the parties' Joint Motion for Order Amending Pretrial Order and Case Management Plan (the "Joint Motion"). The parties have conferred with each other and expressed their consent to the dates set forth herein, as evidenced by the signatures of their respective counsel on the Joint Motion. For good cause shown the Joint Motion is hereby GRANTED.

NOW THEREFORE, it is ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

1. The tentative trial date shall be December 4, 2006.

2. All motions other than motions in limine or motions to continue shall be filed on or before August 1, 2006.

3. All discovery is to be completed by June 30, 2006.

4. All depositions of expert witnesses are to be completed by June 30, 2006.

5. All rebuttal experts or supplementations under Rule 26(e) are due by April 15, 2006.

6. Expert reports are due from Defendant's experts by March 15, 2006.

7. Expert reports are due from Plaintiffs' experts by February 15, 2006.

8. Except as modified by this Order, all deadlines or provisions set forth in the Pretrial Order and Case Management Plan remain unchanged. Notably, all deadlines that are triggered by the trial date set by the Court, (for example: for the filing of motions in limine or motions to continue or for the exchange of exhibits or witness lists) would still be due as set forth in the Pretrial Order and Case Management Plan.

So ordered, this 4th day of January 2006.

*Graham C. Mullen*