UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04 CV 234**

| | |
|---|---|
| BURTON A. GELLMAN and ) | |
| THE GELLMAN CORP., ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| THE CINCINNATI INSURANCE CO., ) | |
| Defendant. ) | |
| ) | |

    THIS MATTER is before the court on its own motion. IT IS ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Motion to Compel is hereby extended to and including **November 27, 2006.**

    IT IS SO ORDERED.

Signed: November 20, 2006

Graham C. Mullen
United States District Judge