IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04 CV 234-MU

| | | |
|---|---|---|
| BURTON A. GELLMAN and THE GELLMAN CORPORATION | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| THE CINCINNATI INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER is before the Court on its own motion. In light of the recent stipulations filed by the parties (Document #57), it is hereby ordered that:

**The Parties submit their supporting briefs on or before March 7, 2008.**

**The Parties reply to the opposing briefs on or before March 21, 2008**

It is further ordered that Defendant's Motion for Summary Judgment (Document #49) is **DENIED** as **MOOT**.

Signed: January 31, 2008

Graham C. Mullen
United States District Judge

1