IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04 CV 234**

| | |
|---|---|
| BURTON A. GELLMAN, *et al,* | ) |
|           Plaintiffs, | ) |
| | ) |
|   v. | ) |
| | ) |
| CINCINNATI INSURANCE COMPANY, | ) |
| *et al,* | ) |
|           Defendants. | ) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion. IT IS HEREBY ORDERED that a Dispositive Motions Hearing will be held on **March 10, 2009, at 10:00 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: February 19, 2009

Graham C. Mullen
United States District Judge