# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Burton A. Gellman, and
The Gellman Corporation,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:04-cv-234-GCM

The Cincinnati Insurance Company,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2009 Opinion.

Signed: March 17, 2009

Frank G. Johns, Clerk
United States District Court